**Michael Anthony CREWS, Appellant,**

v.

**The TRUSTEES OF COLUMBIA UNIVERSITY IN the CITY OF NEW YORK, Appellee.**

No. 07–0663–cv.

United States Court of Appeals, Second Circuit.

Jan. 30, 2009.

Michael A. Crews (Pro Se), Loretto, PA, for Appellant.

Laura D. Barbieri, Schoeman, Updike, & Kaufman, New York, N.Y., for Appellee.

PRESENT: Hon. RALPH K. WINTER, Hon. WALKER, and Hon. GUIDO CALABRESI, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Michael Anthony Crews appeals the District Court's grant of summary judgment against him. For substantially the same reasons as the District Court below, we affirm. We have considered all of Plaintiff–Appellant's arguments and have found them to be without merit. Accordingly, the judgment of the District Court is **AFFIRMED**.